AO 442   (Rev. 10/03) Warrant for Arrest

US MARSHALS SERVICE N/TX
DALLAS, TEXAS

# UNITED STATES DISTRICT COURT

Northern     District of     2019 AUG -9 P 3:27     Texas

UNITED STATES OF AMERICA

V.

Teresa Onofore Franco

## WARRANT FOR ARREST

Case Number: 3:19-cr-00371-L

2020 FEB -7 PM 4:22
DEPUTY CLERK
CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____Teresa Onofore Franco_____
                                              Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

| ✓ Indictment | Information | Complaint | Order of court | Probation Violation Petiton | Supervised Release Violation Petition | Violation Notice |

charging him or her (brief description of offense)

Conspiracy to Possess with Intent to Distribute a Controlled Substance
Possession with Intent to Distribute a Controlled Substance

in violation of Title   21   United States Code, Section(s)   846; 841(a)(1) & (b)(1)(C)



Karen Mitchell, U.S. District Court Clerk
Name and Title of Issuing Officer

_Karen Mitchell_
Signature of Issuing Officer

Magistrate Judge Renee H Toliver     8/8/2019     Dallas, TX
                                     Date         Location

By:   s/E. Monk
      Deputy Clerk

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at

Dallas Texas 75242

| DATE RECEIVED 2/6/20 | NAME AND TITLE OF ARRESTING OFFICER Elvin Yamans USMS DEO | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST 2/6/20 | | |

USMS - WOR to Dallas.     1930076