# United States District Court
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V | § | CRIMINAL NO. 3:19-CR-371-L |
| | § | |
| TERESA ONOFORE FRANCO | § | |

## WAIVER OF RIGHT TO APPEAR IN PERSON AND CONSENT TO PLEAD GUILTY BY VIDEO CONFERENCE

I have signed the documents necessary in order to plead guilty and am ready to enter my plea.

I understand that I have a right to appear in person with my attorneys to enter my plea of guilty in open court, and to consult privately with my attorneys during the guilty plea.

I understand that due to the global pandemic caused by the novel coronavirus (COVID-19), court proceedings in this district have been postponed, or continued, in order to protect the health and safety of all parties, including me, my attorney, court personnel, and the public.

I understand that the Court is authorized to conduct plea hearings by video conference if I agree, after conferring with my attorneys.

I have fully discussed my right to appear in person with my attorneys. I understand that if I consent to enter my guilty plea by video conference, I will be in a different location than the judge and my attorneys, and that this may impact my ability to consult privately with my attorneys.

After consulting with counsel, I believe that delaying my plea will result in serious harm to the interests of justice, and that it is in my best interests to proceed with a guilty plea by video conference now instead of waiting for an in-person court appearance later.

I agree that I have either read this waiver and consent form, or had it read to me, and that I have fully discussed it with my attorney. I understand that by signing this waiver and consent form, I am giving up my right to appear in person to enter my guilty plea.

After consulting with counsel, I knowingly and voluntarily consent to have my plea hearing conducted by video conference.

| _Teresa Franco_ | 2-10-21 | _[signature]_ | 2-10-21 |
|---|---|---|---|
| Defendant | Date | Attorney for Defendant | Date |