

**Certified as a true copy and issued as the mandate on** Apr 07, 2025

**Attest:** *Lyle W. Cayce*
**Clerk, U.S. Court of Appeals, Fifth Circuit**

# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
February 21, 2025
Lyle W. Cayce
Clerk

No. 24-10692
Summary Calendar
_____

UNITED STATES OF AMERICA,

*Plaintiff—Appellee*,

*versus*

TERESA ONOFORE FRANCO,

*Defendant—Appellant*.
_____

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:19-CR-371-4
_____

Before KING, SOUTHWICK, and ENGELHARDT, *Circuit Judges*.

J U D G M E N T

This cause was considered on the record on appeal and the brief on file.

IT IS ORDERED and ADJUDGED that the judgment of the District Court is AFFIRMED.

The judgment or mandate of this court shall issue 7 days after the time to file a petition for rehearing expires, or 7 days after entry of an order denying a timely petition for panel rehearing, petition for rehearing en banc, or motion

Case: 24-10692 Document: 47-1 Page: 2 Date Filed: 04/07/2025
Case 3:19-cr-00371-L Document 249 Filed 04/07/25 Page 2 of 3 PageID 1005

No. 24-10692

for stay of mandate, whichever is later. See Fed. R. App. P. 41(b). The court may shorten or extend the time by order. See 5th Cir. R. 41 I.O.P.

# United States Court of Appeals

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

April 07, 2025

Ms. Karen S. Mitchell
Northern District of Texas, Dallas
United States District Court
1100 Commerce Street
Earle Cabell Federal Building
Room 1452
Dallas, TX 75242

    No. 24-10692   USA v. Franco
                           USDC No. 3:19-CR-371-4

Dear Ms. Mitchell,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Casey A. Sullivan, Deputy Clerk
504-310-7642

cc:
    Ms. Teresa Onofore Franco
    Mr. Stephen S. Gilstrap