**UNITED STATES DISTRICT COURT**
for
**NORTHERN DISTRICT OF TEXAS**

## Request for Modifying the Conditions or Term of Supervision
## With Consent of the Person Under Supervision
*(Probation Form 49, Waiver of Hearing is Attached)*

Person Under Supervision:  Teresa Onofore Franco          Case No.:  3:19-CR-00371-L(4)

Name of Sentencing Judge:  U.S. District Judge Sam A. Lindsay

Date of Original Sentence:  May 16, 2022

Original Offense:  <u>Count 4</u>: Possession with Intent to Distribute a Controlled Substance, 21 U.S.C. § 841(a)(1) & (b)(1)(C), a Class C felony

Original Sentence:  156 months custody, 3-year term of supervised release

Revocations:  None

Type of Supervision:  Supervised Release   Date Supervision Commenced:  January 9, 2029

Assistant U.S. Attorney:  P.J. Meitl          Defense Attorney:  Carolyn A. Hill
                                                            (Court appointed)

## Petitioning The Court As Follows:

To modify the conditions of supervision as follows:

You must submit your person, property, house, residence, vehicle, papers, computer, other electronic communications or data storage devices or media, or office, to a search conducted by a United States probation officer or any law enforcement officer at any time, based upon reasonable suspicion of unlawful conduct or a violation of a condition of supervision, without a search warrant. Failure to submit to a search may be grounds for revocation. You must warn any other occupants that the premises may be subject to searches pursuant to this condition.

The court may modify, reduce, or enlarge the conditions of probation or supervised release at any time prior to the expiration of the term of supervision. 18 U.S.C. §§ 3563(c) and 3583(e)(2).  Any modification of the term of supervised release should be based on an *individualized assessment* of the appropriateness of existing conditions. USSG §5D1.4(a).

Additionally, pursuant to USSG §5D1.4, comment. (n.2), when determining whether to modify any condition of supervised release that would be relevant to a victim, the court is encouraged, in coordination with the government, to ensure that any victim of the offense is reasonably, accurately, and timely notified, and provided, to the extent practicable, with an opportunity to be reasonably heard, unless any such victim previously requested not to be notified.

Paragraph No.23 of the Presentence Report did not identify a victim other than society at large.

### Cause

On May 16, 2022, Teresa Onofore Franco was sentenced in the Northern District of Texas, Dallas Division. On March 11, 2026, Ms. Franco requested to reside with her son, Braulio Franco, in California, upon her release from custody on January 9, 2029. The proposed residence has been deemed appropriate

12B (revised 2/11/2020)                                                                 Page 1 of 3

by the U.S. Probation Office in the Eastern District of California; however, they have requested an additional special condition be added to assist in the adequate supervision of Ms. Franco. Ms. Franco reviewed and consented to the above modification as evidenced by her signature in the attached Waiver of Hearing to Modify Condition of Supervised Release form (Prob 49 form).

At this time, the U.S Probation Office respectfully recommends the Court accept the modification to Ms. Franco's conditions of supervised release.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 9, 2026
Respectfully submitted,

_____
Cyndi Ross
Supervising U.S. Probation Officer
Dallas Division
Phone:  214-422-6553
Email: cyndi_ross@txnp.uscourts.gov

**Order of the Court:**

    ☐    No Action

    ☐    The extension of supervision as noted above.

    ☒    The modification of conditions as noted above.

    ☐    Other or Additional:

    ☐    File under seal until further order of the Court.

_____
The Honorable Sam A. Lindsay
U.S. District Judge

April 30, 2026
_____
Date

JL

*Prob49

PROB 49

# UNITED STATES DISTRICT COURT
### for
### NORTHERN DISTRICT OF TEXAS

## Waiver of Hearing to Modify Conditions of Supervised Release or Extend Term of Supervision

United States of America

v.

Case No.: 3:19-CR-00371-L(4)

Teresa Onofore Franco


I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Supervised Release or to the proposed extension of my term of supervision:

You must submit your person, property, house, residence, vehicle, papers, computer, other electronic communications or data storage devices or media, or office, to a search conducted by a United States probation officer or any law enforcement officer at any time, based upon reasonable suspicion of unlawful conduct or a violation of a condition of supervision, without a search warrant. Failure to submit to a search may be grounds for revocation. You must warn any other occupants that the premises may be subject to searches pursuant to this condition.


Witness: _____
Jacquelyn Herrera
Case Manager

Signed: _____
Teresa Onofore Franco
Supervised Releasee

Date: 4-14-2026

Page 1 of 1